# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DOUGLAS EBY,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 78931

**FILED**

JUL 05 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to stay appeal. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to stay appeal, we lack jurisdiction. *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.   _____, J.
Stiglich          Silver

cc: Hon. Thomas W. Gregory, District Judge
  Donald Douglas Eby
  Attorney General/Carson City
  Douglas County District Attorney/Minden
  Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-28727